Cory R. Laird
Tyler C. Smith
Lindsay A. Mullineaux
Riley M. Wavra
LAIRD COWLEY, PLLC
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone: (406) 541-7400
Facsimile: (406) 541-7414
Email: claird@lairdcowley.com
tsmith@lairdcowley.com
lmullineaux@lairdcowley.com
rwavra@lairdcowley.com

Mark M. Kovacich
Ben A. Snipes
ODEGAARD KOVACICH SNIPES
21 3rd Street North, Suite 301
Great Falls, MT 59401
Telephone: (406) 761-5595
Facsimile: (406) 406-259-3232
Email: mark@mtlawyers.com
ben@mtlawyers.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF BECK, individually; ROBERT ODENWELLER, individually; TERRI ODENWELLER, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC; RIVERVIEW COMPANY, LLC; and on behalf of a class of similarly situated persons and entities,<br><br>       Plaintiffs, | CV-2022-44-M-KLD<br><br>**NOTICE OF SCHEDULING ORDER STIPULATION RE MOTION FOR CLASS CERTIFICATION DEADLINE** |

1

| | |
|---|---|
| vs.<br><br>CITY OF WHITEFISH, a Montana governmental entity, and DOES 1-10,<br><br>      Defendants. | |

COME NOW, Plaintiffs, and respectfully submit this Notice of Scheduling Order Stipulation Re Motion for Class Certification Deadline. Pursuant to the Court's operative scheduling order (Doc. 25 at 3), the parties have stipulated to the extension of the September 30, 2022 class certification motion deadline.  Under this stipulation, Plaintiffs will move for class certification on or before October 31, 2022.

    DATED this 6th day of September, 2022.

                            LAIRD COWLEY, PLLC

                            By:  /s/ Riley M. Wavra
                                  Attorneys for Plaintiffs and
                                  Putative Class

                            ODEGAARD KOVACICH SNIPES

                            By:  /s/ Mark M. Kovacich
                                  Attorneys for Plaintiffs and
                                  Putative Class