Cory R. Laird
Tyler C. Smith
Lindsay A. Mullineaux
Riley M. Wavra
LAIRD COWLEY, PLLC
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone: (406) 541-7400
Facsimile:  (406) 541-7414
Email:    claird@lairdcowley.com
          tsmith@lairdcowley.com
          lmullineaux@lairdcowley.com
          rwavra@lairdcowley.com

Mark M. Kovacich
Ben A. Snipes
KOVACICH SNIPES JOHNSON
21 3rd Street North, Suite 301
Great Falls, MT 59401
Telephone: (406) 550-5000
Email:    mark@justicemt.com
          ben@justicemt.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF BECK, individually; ROBERT ODENWELLER, individually; TERRI ODENWELLER, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC; RIVERVIEW COMPANY, LLC; and on behalf of a class of similarly situated persons and entities,<br><br>        Plaintiffs, | CV 22-44-M-KLD<br><br>**UNOPPOSED RULE 21 MOTION TO DROP PLAINTIFFS ROBERT ODENWELLER AND TERRI ODENWELLER AS PLAINTIFFS TO THIS LAWSUIT** |

| | |
|---|---|
| vs.<br>CITY OF WHITEFISH, a Montana governmental entity, and DOES 1-10,<br>Defendants. | |

COME NOW, Plaintiffs, and respectfully move this Court for an order dropping Plaintiffs Robert Odenweller and Terri Odenweller as plaintiffs in the above-captioned matter. The Federal Rules of Civil Procedure authorize this Court to "at any time, on just terms, add or drop a party" to a pending action. Fed. R. Civ. P. 21. The basis for this motion is that Plaintiffs Robert Odenweller and Terri Odenweller have expressed their desire to no longer remain parties to this lawsuit.

Pursuant to Local Rule 7.1(c)(1), counsel for Defendant City of Whitefish has been contacted and does not object to this motion. Pursuant to Local Rule 7.1(c)(A), (B), a proposed order is attached to this motion as an exhibit and will be promptly emailed to the Honorable Kathleen L. DeSoto.

DATED this 19th day of October, 2022.

        LAIRD COWLEY, PLLC

        By: /s/ Riley M. Wavra
            Attorneys for Plaintiffs and Putative Class

KOVACICH SNIPES JOHNSON

By: /s/ Mark M. Kovacich
      Attorneys for Plaintiffs and Putative Class