IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF BECK, individually; ROBERT ODENWELLER, individually; TERRI ODENWELLER, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC; RIVERVIEW COMPANY, LLC; and on behalf of a class of similarly situated persons and entities,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF WHITEFISH, a Montana municipality, and DOES 1-50,<br><br>                    Defendants. | CV 22-44-M-KLD<br><br><br>ORDER |

Plaintiffs have filed an Unopposed Rule 21 Motion to Drop Plaintiffs Robert Odenweller and Terri Odenweller as Plaintiffs to This Lawsuit.  (Doc. 34.) Accordingly,

IT IS ORDERED the motion (Doc. 34) is GRANTED. Plaintiffs Robert Odenweller and Terri Odenweller are dropped as plaintiffs to this lawsuit pursuant

//

//

to Rule 21 of the Federal Rules of Civil Procedure.  The caption shall be amended

accordingly.

DATED this 20th day of October, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge