Cory R. Laird
Lindsay A. Mullineaux
Riley M. Wavra
LAIRD COWLEY, PLLC
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone:  (406) 541-7400
Facsimile:   (406) 541-7414
Email:         claird@lairdcowley.com
                   lmullineaux@lairdcowley.com
                   rwavra@lairdcowley.com

Mark M. Kovacich
Ben A. Snipes
Caelan G. Brady
KOVACICH SNIPES JOHNSON PC
21 3rd Street North, Suite 301
Great Falls, MT 59401
Telephone:  (406) 550-5000
Email:         mark@justicemt.com
                   ben@justicemt.com
                   caelan@justicemt.com

Attorneys for Plaintiffs and Putative Class

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF BECK, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC; RIVERVIEW COMPANY, LLC; and on behalf of a class of similarly situated persons and entities,<br><br>       Plaintiffs,<br><br>  vs. | CV 22-44-M-KLD<br><br>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

| CITY OF WHITEFISH, a Montana governmental entity, and DOES 1-10, | |
|---|---|
| Defendants. | |

Plaintiffs Jeff Beck, Amy Weinberg, Zac Weinberg, Alta Views, LLC, and Riverview Company, LLC ("Plaintiffs"), respectfully move this Court for an order certifying this action as a class action pursuant to Fed. R. Civ. P. 23. Specifically, Plaintiffs move this Court for an order: (1) certifying the above-captioned matter as a class action; (2) defining the class; (3) defining the class claims and issues; and (4) appointing counsel of record for Plaintiffs as class counsel. *See* Fed. R. Civ. P. 23(c)(1)(B), (g)(1).

> Plaintiffs ask the Court to define the class as follows:
>
> Any and all persons or entities who paid impact fees for water and wastewater services to Defendant City of Whitefish ("the City") from January 1, 2019 to the present.
>
> Plaintiffs ask the Court to define the claims and issues as follows:
>
> Any and all claims advanced in Plaintiffs' Complaint involving the City's allegedly unlawful assessment of impact fees for water and wastewater services from January 1, 2019 to the present.
>
> Counsel for the City has been contacted and indicated they oppose this

Motion. A supporting brief is filed contemporaneously herewith.

\\\

\\\

DATED this 30th day of November, 2022.

                                LAIRD COWLEY, PLLC

                                By: /s/ Cory R. Laird
                                      Attorneys for Plaintiffs and
                                      Putative Class

                                KOVACICH SNIPES JOHNSON PC

                                By: /s/ Mark M. Kovacich
                                      Attorneys for Plaintiffs and
                                      Putative Class