# IN THE UNITES STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| JEFF BECK, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC; RIVERVIEW COMPANY, LLC; and on behalf of a class similarly situated persons or entities,<br><br>                            Plaintiffs,<br><br>-vs-<br><br>CITY OF WHITEFISH, a Montana municipality, and DOES 1-50.<br>                            Defendants | Cause No. CV-22-44-M-DLC-KLD<br><br>**ORDER** |
| CITY OF WHITEFISH, a Montana municipality<br>                            Third-Party Plaintiff<br><br>-vs-<br><br>FINANCIAL CONSULTING SOLUTIONS GROUP, INC.<br>                            Third-Party Defendant | |

Before the Court is Defendant's Motion to Vacate Scheduling Order and Stay Plaintiff's Motion for Class Certification. Defendant demonstrates good cause for such action.

Accordingly, for good cause shown, IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the current scheduling order is hereby VACATED and the Plaintiff's Motion for Class Certification (Doc. 39) is hereby STAYED.

DATED this 27 day of December, 2022.

Kathleen L. DeSoto
United States Magistrate Judge