IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF BECK, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC; RIVERVIEW COMPANY, LLC; and on behalf of a class similarly situated persons or entities, | CV 22-44-M-DLC-KLD |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY OF WHITEFISH, a Montana municipality, and DOES 1-50, | |
| Defendants. | |
| CITY OF WHITEFISH, a Montana municipality, | |
| Third-Party Plaintiff, | |
| v. | |
| FINANCIAL CONSULTING SOLUTIONS GROUP, INC., | |
| Third-Party Defendant. | |

Third-Party Defendant, Financial Consulting Solutions Group, Inc. ("FCS Group") moves for the admission of Baxter D. Drennon to practice before this Court in this case with Jori L. Quinlan and Gabrielle N. Gee to act as local counsel. Mr. Drennon's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Baxter D. Drennon pro hac vice (Doc. 66) is GRANTED on the condition that Mr. Drennon shall do his own work. This means that Mr. Drennon must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Drennon may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Drennon.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Drennon, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 26th day of January, 2023.

Kathleen L. DeSoto
United States Magistrate Judge