IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF BECK, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC; RIVERVIEW COMPANY, LLC; and on behalf of a class of similarly situated persons and entities,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF WHITEFISH, a Montana municipality, and DOES 1-50,<br><br>        Defendants. | CV 22-44-M-KLD<br><br>ORDER |
| CITY OF WHITEFISH, a Montana municipality,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>FINANCIAL CONSULTING SOLUTIONS GROUP, INC.,<br><br>        Third-Party Defendant. | |

Before the Court is Plaintiffs' unopposed motion to drop Plaintiff

Riverview Company, LLC ("Riverview") as a party plaintiff pursuant to Federal

1

Rule of Civil Procedure 21. (Doc. 117). Accordingly,

IT IS ORDERED the motion is GRANTED and Riverview is dropped as a Plaintiff to this lawsuit. The caption shall be amended accordingly.

DATED this 15th day of August, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge