IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF BECK, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC; and on behalf of a class of similarly situated persons and entities,<br><br>   Plaintiffs,<br><br> vs.<br><br>CITY OF WHITEFISH, a Montana municipality, and DOES 1-10,<br><br>   Defendants. | CV-2022-44-M-KLD<br><br>ORDER |
| CITY OF WHITEFISH, a Montana municipality,<br><br>   Third-Party Plaintiff,<br><br> vs.<br><br>FINANCIAL CONSULTING SOLUTIONS GROUP, INC.,<br><br>   Third-Party Defendant. | |

  Before the Court is Plaintiffs'/Class Representatives' unopposed Motion to Adopt Proposed Class Notice and Procedures (Doc. 127). On September 29, 2023, pursuant to Rule 23(b)(3), F.R.Civ.P., this Court certified in this action a class of: All persons or entities who bore the cost of impact fees for water and wastewater services to the City of Whitefish from January 1, 2019, to the present. The class

claims and issues certified are: All claims advanced in the Plaintiffs' Complaint involving the City's allegedly unlawful assessment of impact fees for water and wastewater services from January 1, 2019, to the present.

The Court finds that Plaintiffs' proposed class notice and opt-out procedures comply with the notice requirements for Rule 23(b)(3) classes set forth in Rule 23(c)(2)(B), F.R.Civ.P.  Accordingly,

IT IS ORDERED the motion is GRANTED and the Court directs notice to the class through Plaintiffs/Class counsel according to the mechanisms and procedures provided therein.

DATED this 4th day of January, 2024.

_____
Kathleen L. Desoto
United States Magistrate Judge