IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF BECK, individually; ROBERT ODENWELLER, individually; TERRI ODENWELLER, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC; RIVERVIEW COMPANY, LLC; and on behalf of a class of similarly situated persons and entities,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF WHITEFISH, a Montana municipality, and DOES 1-50,<br><br>    Defendants. | CV 22-44-M-KLD<br><br>ORDER |
| CITY OF WHITEFISH, a Montana municipality,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>FINANCIAL CONSULTING SOLUTIONS GROUP, INC.,<br><br>    Third-Party Defendant. | |

Third-Party Defendant Financial Consulting Solution Group, Inc. ("FCS Group") has filed an Unopposed Motion to File Exhibit Under Seal (Doc. 132).

Accordingly, and good cause appearing,

IT IS ORDERED that FCS Group's motion (Doc. 132) is GRANTED. Exhibit 24 to FCS Group's Statement of Undisputed Facts, which shall be filed conventionally with the Court, will be filed under seal pursuant to L.R. 5.2(f). Counsel for FCS Group shall service Exhibit 24 electronically on counsel for all parties, pursuant to the parties' agreement to accept electronic service in this case.

DATED this 16th day of February, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge