IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ,JEFF BECK, individually; ROBERT ODENWELLER, individually; TERRI ODENWELLER, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC; RIVERVIEW COMPANY, LLC; and on behalf of a class of similarly situated persons and entities,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF WHITEFISH, a Montana municipality, and DOES 1-50,<br><br>      Defendants. | CV 22-44-M-KLD<br><br><br>ORDER |
| CITY OF WHITEFISH, a Montana municipality,<br><br>      Third-Party Plaintiff,<br><br>vs.<br><br>FINANCIAL CONSULTING SOLUTIONS GROUP, INC.,<br><br>      Third-Party Defendant. | |

Third-Party Defendant Financial Consulting Solutions Group, Inc. ("FCS Group") has filed an Unopposed Motion to Withdraw Motion for Partial Summary

1

Judgment on City of Whitefish's ("City") Common Law Indemnity and Statutory Contribution Claims (Doc. 181). Accordingly, and good cause appearing,

IT IS ORDERED that FCS Group's Motion (Doc. 181) is GRANTED and FCS's Motion for Partial Summary Judgment on the City's Common Law Indemnity and Statutory Contribution Claims (Doc. 157) is withdrawn. The City's Common Law Indemnity and Statutory Contribution Claims remain subject to consideration at trial.

DATED this 14th day of March, 2024

_____
Kathleen L. DeSoto
United States Magistrate Judge