Mark M. Kovacich
Caelan G. Brady
KOVACICH SNIPES JOHNSON, P.C.
P.O. Box 2325
Great Falls, MT 59403
(406) 761-5595
mark@justicemt.com
caelan@justicemt.com

Cory R. Laird
Lindsay A. Mullineaux
Riley M. Wavra
LAIRD COWLEY, PLLC
P.O. Box 4066
Missoula, MT  59806
(406) 541-7400
claird@lairdcowley.com
lmullineaux@lairdcowley.com
rwavra@lairdcowley.com

*Attorneys for Plaintiffs and Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF BECK, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC, individually; and on behalf of a class of similarly situated persons and entities,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY OF WHITEFISH, a Montana municipality, and DOES 1-10,<br><br>        Defendants. | CV-2022-44-M-KLD<br><br>**UNOPPOSED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

CITY OF WHITEFISH, a Montana municipality,

        Third-Party Plaintiff,

  vs.

FINANCIAL CONSULTING SOLUTIONS GROUP, INC.,

        Third-Party Defendant.

COME NOW Plaintiffs/Class Representatives Jeff Beck, Amy and Zac Weinberg, and Alta Views, LLC, and move this Court for preliminary approval of the Settlement Agreement and Release (the "Settlement Agreement") reached by and between Plaintiffs/Class Representatives, Defendant/Third-Party Plaintiff City of Whitefish (the "City"), and Third-Party Defendant Financial Consulting Solutions Group, Inc. ("FCS Group"). Plaintiffs respectfully request that the Court: (1) enter an order preliminarily approving the terms and procedures set forth in the stipulated Settlement Agreement and Release (the "Settlement Agreement"); (2) direct that Class Counsel effectuate notice to the affected class; and (3) set this matter for a final fairness hearing, to occur at least eighty (80) days following preliminary approval of the Settlement Agreement.

//

//

//

The Settlement Agreement, including a proposed settlement notice template is attached hereto as **Exhibit A**.[1] Estimated payment amounts to Settlement Class Members under the terms of the Settlement Agreement, considering Plaintiffs' requested fees/awards, have been calculated and are reflected in the table attached hereto as **Exhibit B**. A Brief in Support of this Motion and proposed Order are submitted concurrently herewith for the Court's consideration. The City and FCS Group have completely reviewed Plaintiffs' Motion and all documents submitted in support thereof and do not oppose.

DATED this 9th day of August, 2024.

                        LAIRD COWLEY, PLLC

                        By: /s/ Cory R. Laird
                            Attorneys for Plaintiffs and
                            Putative Class

                        KOVACICH SNIPES JOHNSON PC

                        By: /s/ Mark M. Kovacich
                            Attorneys for Plaintiffs and
                            Putative Class

---

[1] Please note, at this time, the Settlement Agreement has been executed by all parties except Third-Party Defendant Financial Consulting Solutions Group, Inc. ("FCS"). Counsel for FCS has affirmed that FCS agrees to the terms set forth in the Settlement Agreement and is simply awaiting execution by FCS. Counsel will supplement the record with a fully executed copy of the Settlement Agreement as soon as it is obtained.