Mark M. Kovacich
Caelan G. Brady
KOVACICH SNIPES JOHNSON, P.C.
P.O. Box 2325
Great Falls, MT 59403
(406) 761-5595
mark@justicemt.com
caelan@justicemt.com

Cory R. Laird
Lindsay A. Mullineaux
Riley M. Wavra
LAIRD COWLEY, PLLC
P.O. Box 4066
Missoula, MT  59806
(406) 541-7400
claird@lairdcowley.com
lmullineaux@lairdcowley.com
rwavra@lairdcowley.com

Attorneys for Plaintiffs and Class

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | | |
|---|---|---|
| JEFF BECK, individually; et al., | ) | CAUSE NO. CV-22-44-DLC-KLD |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **UNOPPOSED MOTION FOR** |
| | ) | **FINAL SETTLEMENT** |
| CITY OF WHITEFISH, a Montana | ) | **APPROVAL** |
| municipality; and DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

|  |  |
|---|---|
| CITY OF WHITEFISH, a Montana municipality, | ) ) ) |
|  | ) |
| Third-Party Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| FINANCIAL CONSULTING SOLUTIONS GROUP, INC., | ) ) |
|  | ) |
| Third-Party Defendant. | ) |

COME NOW Plaintiffs/Class Representatives Jeff Beck, Amy and Zac Weinberg, and Alta Views, LLC, and move this Court for final approval of the Settlement Agreement and Release (the "Settlement Agreement") reached by and between Plaintiffs/Class Representatives, Defendant/Third-Party Plaintiff City of Whitefish (the "City"), and Third-Party Defendant Financial Consulting Solutions Group, Inc. ("FCS Group"). Plaintiffs respectfully request that the Court, upon conclusion of the Final Approval Hearing, issue a Final Approval Order and Judgment: (1) granting final certification of the Settlement Class; (2) finally approving the Settlement Agreement as fair, reasonable, and adequate; (3) ruling that the Notice process was reasonable and the best practicable under the circumstances; and (4) approving the attorneys' fees and costs and class representative Service Award Payments requested in Class Counsel's Fee Application.

The Parties are working through preparing a proposed Order which will be submitted to the Court for its consideration in the next few days.

DATED this 18th day of November, 2024.

        KOVACICH SNIPES JOHNSON, P.C.
        and
        LAIRD COWLEY, PLLC

        BY:   /s/ Caelan G. Brady
              Caelan G. Brady
              P.O. Box 2325
              Great Falls, MT  59403
              Attorneys for Plaintiffs and Class