IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEFF BECK, individually; AMY WEINBERG, individually; ZAC WEINBERG, individually; ALTA VIEWS, LLC; RIVERVIEW COMPANY, LLC; and on behalf of a class of similarly situated persons and entities,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CITY OF WHITEFISH, a Montana municipality, and DOES 1-50,<br><br>　　　Defendants. | CV 22-44-M-KLD<br><br><br>ORDER |
| CITY OF WHITEFISH, a Montana municipality,<br><br>　　　Third-Party Plaintiff,<br><br>vs.<br><br>FINANCIAL CONSULTING SOLUTIONS GROUP, INC.,<br><br>　　　Third-Party Defendant. | |

On November 26, 2024, the Court issued a Final Settlement Approval Order

and Judgment directing the parties to file a satisfaction of judgment once all

obligations in the Settlement Agreement have been satisfied. (Doc. 224 at 17). On July 10, 2206, the parties filed a Satisfaction of Judgment advising the Court that all obligations under the Settlement Agreement have been accomplished and judgment has been fully and finally satisfied. (Doc. 227). Accordingly, the Clerk of Court is directed to close the case. IT IS SO ORDERED.

DATED this 13th day of July, 2026.

Kathleen L. DeSoto
United States Magistrate Judge